No. 44,026

(412 P. 2d 457)

J. P. Harris, Peter MacDonald, John McCormally, and The Hutchinson Publishing Company, a corporation, *Plaintiffs*, v. John Anderson, Jr., in his official capacity as Governor of Kansas; Paul R. Shanahan, in his official capacity as Secretary of State of the State of Kansas; Viola Pritchard, Commissioner of Elections of Shawnee County, Kansas, and Emogene Wineinger, County Clerk of Greeley County, Kansas, individually as such Election Commissioner and County Clerk of their respective counties, and as representatives of all Election Commissioners and County Clerks of the State of Kansas, *Defendants*.

Opinion filed March 22, 1966.

*William Y. Chalfant*, of Hutchinson, argued the cause, and *H. R. Branine, C. E. Chalfant* and *M. E. Chalfant*, of Hutchinson, were with him on the briefs for plaintiffs.

*Robert C. Londerholm*, Attorney General, of Topeka, argued the cause, and *J. Richard Foth*, Assistant Attorney General, of Topeka, was with him on the briefs for defendants.

The opinion of the court was delivered by

Fatzer, J.: The validity of House Bill No. 504 of the 1966 Special Session of the Legislature has been considered by the Court, and the Act is found to have apportioned the state into 125 representative districts which contain as close an approximation of equal representation as possible in compliance with the valid portions of Article 2, Section 2, and Article 10, Sections 1 and 2 of the Constitution of Kansas, and in compliance with the constitutional requisite of equal-populated districts as required by the equal protection clause of the Fourteenth Amendment to the Constitution of the United States.

This case involves a subject of great public interest, and the Court is making an early announcement of its decision so the people and the officials of the state may be advised of its decision sustaining the validity of the Act. A formal opinion will be filed when prepared.